UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A, INC., et al.<br><br>　　　　　Defendants. | No.  2:18-cv-1955-KJM-KJN PS<br><br><br><br>ORDER |

　　　The undersigned hereby disqualifies himself from this action pursuant to 28 U.S.C. § 455. Accordingly, IT IS HEREBY ORDERED that the Clerk of Court refer this case to another available United States Magistrate Judge for any further proceedings which may be appropriate or required.

　　　IT IS SO ORDERED.

Dated:  July 18, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1